**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES T. CARSTARPHEN,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:26-cv-135** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **FRANKLIN COUNTY COMMON, PLEAS,** *et al.*, | : | **Magistrate Judge Chelsey M. Vascura** |
| | : | |
| | : | |
| **Defendants.** | : | |

### ORDER

On April 1, 2026, the United States Magistrate Judge issued a Report and Recommendation in this case (ECF No. 5), recommending that the Court dismiss Plaintiff's case pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.  On February 9, 2026, the Magistrate Judge ordered Plaintiff to submit a supplemental application to proceed *in forma pauperis*.  Then, on February 26, 2026, the Magistrate Judge ordered Plaintiff to show cause why his case should not be dismissed unless he paid the filing fee or cured the deficiency with his *in forma pauperis* application.  (ECF No. 5 at 1).

To date, Plaintiff has failed to comply with those orders.  Indeed, when the Magistrate Judge recommended that the Court dismiss this case, Plaintiff was advised of his right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so. (*Id.* at 3–4).  No objection has been filed.  Plaintiff has not objected, and the deadline for such objections elapsed on April 15, 2026.  Following an independent review of the record, this Court **ACCEPTS** the Magistrate Judge's well-reasoned Report and Recommendation.  This case is hereby **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) without prejudice.  The Clerk of Court is **DIRECTED** to close the case.

1

2

The Court **CERTIFIES** that an appeal of this Order would not be taken in good faith and should not be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED:  JUNE 3, 2026**

2